# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Helmar Christopher Olson, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:13-cv-00022-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| Bobby Taylor, David Taylor | ) | |
| Donald Grindstoff, Reginald Mewborn | ) | |
| Susan White, Kenneth Jones | ) | |
| Mike Slagle, Chad Green | ) | |
| Bret Bullis, | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 8, 2015 Order.

July 8, 2015

*Frank G. Johns* (signature)

Frank G. Johns, Clerk
United States District Court